CO-386-online
10/03

# United States District Court
# For the District of Columbia

Forest Guardians, et al.            )
                                    )
                                    )
                                    )
              Plaintiff             )   Civil Action No. 1:06-cv-02115 (GK)
      vs                            )
Dirk Kempthorne, et al.             )
                                    )
                                    )
              Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Native Ecosystems_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
Signature

Paula Dinerstein, PEER
Print Name

#333971
BAR IDENTIFICATION NO.

2000 P St, NW, Suite 240
Address

Washington    DC    20036
City          State    Zip Code

202.265.7337
Phone Number