CO-386-online
10/03

# United States District Court
# For the District of Columbia

Forest Guardians, et al. )
)
)
)
vs    Plaintiff )    Civil Action No. 1:06-cv-02115 (GK)
)
Dirk Kempthorne, et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Wildlands Conservation Alliance__ which have any outstanding securities in the hands of the public: None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
Signature

#333971
BAR IDENTIFICATION NO.

Paul Dinerstein
Print Name

2000 P St, NW, Suite 240
Address

Washington    DC    20036
City          State    Zip Code

202.265.7337
Phone Number