CO-386-online
10/03

# United States District Court
# For the District of Columbia

Forest Guardians, et al.

       vs     Plaintiff     Civil Action No. 1:06-cv-02115 (GK)

Dirk Kempthorne, et al.

               Defendant

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Jews of the Earth** which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
Signature

Paula Dinerstein, PEER
Print Name

2000 P St. NW, Suite 240
Address

Washington    DC    20036
City          State          Zip Code

202.265.7337
Phone Number

#333971
BAR IDENTIFICATION NO.