UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOREST GUARDIANS | ) | Civ. No. 1:06-cv-2115 (GK) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| DIRK KEMPTHORNE, and DALE HALL, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO ADMIT NEIL LEVINE PRO HAC VICE**

Plaintiffs, by and through their attorney Paula Dinerstein, a member of the United States District Court for the District of Columbia, respectfully move for the admission of Neil Levine pro hac vice in this matter. This motion is based on the attached declaration of Neil Levine.

Dated:                                                                  Respectfully submitted,


                                                                        __/s/_____
                                                                        Paula Dinerstein
                                                                        Senior Counsel
                                                                        Public Employees for Environmental
                                                                         Responsibility
                                                                        2000 P St., NW Suite 240
                                                                        Washington, DC  20036
                                                                        202 265-7337 (tel)
                                                                        202 265-4192  (fax)
                                                                        pdinerstein@peer.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FOREST GUARDIANS, <u>et al</u>, | ) | Civ. No. 1:06-cv-2115 (GK) |
| Plaintiffs, | ) | |
| v. | ) | |
| DIRK KEMPTHORNE, and DALE HALL, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Plaintiffs' Motion to Admit Neil Levine Pro Hac Vice in this matter is GRANTED.

Dated: _____

U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FOREST GUARDIANS | ) | Civ. No. 1:06-cv-2115 (GK) |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DIRK KEMPTHORNE, and | ) |  |
| DALE HALL, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**DECLARATION OF NEIL LEVINE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Neil Levine, declare the following:

1. My contact information is:

   Neil Levine
   Law Office
   1400 Glenarm Place, Suite 300
   Denver, CO, 80202
   Phone: (303) 996-9611
   Fax: (303) 623-8083
   e-mail: nlevine@earthjustice.org

2. I am a member in good standing of the Bar of the State of California (Bar No. 163557 -- admitted 1993) and the Bar of the State of Colorado (Bar No. 29083 -- admitted 1997). I am a member in good standing and eligible to practice before the United States Supreme Court (2001) and the U.S. Court of Appeals for the Tenth (1997) Ninth (1994), and the District of Columbia (1999) Circuits. I am also in good standing and eligible to practice before the U.S.

1

District Courts for the Districts of Colorado (1997), and the Central (1994), Northern (1993), Southern (1996), and Eastern (1995) Districts of California.

    3.    I have never been disciplined by any bar.

    4.    I have not been admitted pro hac vice in this Court within the past two years.

    5.    I am familiar with the facts and issues presented in the above captioned case and I have read and understand the local rules of this court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2006                    Respectfully submitted,

                                       */s/ Neil Levine*
                                       Neil Levine
                                       Law Office
                                       1400 Glenarm Place, Suite 300
                                       Denver, CO, 80202
                                       Phone: (303) 996-9611
                                       Fax: (303) 623-8083
                                       e-mail: nlevine@earthjustice.org