UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOREST GUARDIANS, et al.,

Plaintiffs,

v.

DIRK KEPMTHORNE, et al.

Defendants.

**Case No.:** 1:06-cv-2115 (GK)

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiffs respectfully move the Court to admit Brian Litmans *pro hac vice* in the above captioned case.

Mr. Litmans is a member in good standing of the bar of the State of Alaska (#0111068).   See Declaration of Brian Litmans ("Litmans Dec."), attached hereto as Exhibit 1, at p. 1, #1.  Mr. Litmans is admitted to practice before the United States District Court for the District of Alaska.  He has previously been admitted *pro hac vice* to practice before the United States District Courts for the Northern and Central District of California, the District of Oregon and the District of Columbia.  Id.

Mr. Litmans has been admitted to practice *pro hac vice* before the U.S. District Court for the District of Columbia four times in the past three years.  Id. at p.1, #3.

Mr. Litmans has never been disciplined by any bar.  Id. at p.1, #2.

MOTION FOR ADMISSION
PRO HAC VICE  - 1 -

Mr. Litmans is familiar with the rules of this Court, the facts of this case, and the pleadings of this case. Id. at pp.1-2, # 4-5. If permitted to appear on behalf of Plaintiffs, Mr. Litmans will be associated with the undersigned Paula Dinerstein and Richard Condit, who are both active members in good standing of the bar of this Court. Ms. Dinerstein and Mr. Condit will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth above, I respectfully request that the Court grant this motion for Mr. Litmans to appear *pro hac vice* in all matters in this case.

Respectfully submitted on December _____, 2006,

/s/_____
Paula Dinerstein
Public Employees for Environmental
Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org

Richard Condit
Public Employees for Environmental
Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192
rcondit@peer.org

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al.,<br><br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.<br><br><br>Defendants. | **Case No.:** 1:06-cv-2115 (GK) |

## DECLARATION OF BRIAN A. LITMANS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian Litmans declare as follows:

1.      I am a member in good standing of the bar of the State of Alaska

(#0111068).  I am also a member in good standing and eligible to practice before the

United States District Court for the State of Alaska.  I have previously been admitted *pro*

*hac* vice to practice before the United States District Courts for the Northern and Central

District of California, the District of Oregon, and the District of Columbia.

2.      I have not been disciplined by any bar.

3.      I have been admitted to practice before the U.S. District Court for the

District of Columbia *pro hac vice* four times in the past three years. I was admitted to

appear *pro hac vice* in *Center for Biological Diversity, et al. v. Leavitt, et al.*, civ no.

1:04-cv-126 (CKK), *Sierra Club v. EPA*, civ. no. 1:05-cv-750 (ESH), *Forest Guardians,*

*et al. v. Norton*, civ. no. 1:06-CV-00183 (RBW), and *Rivers Unlimited v. U.S. Dept. of*

*Transportation*, civ no. 1:06-CV-01775 (JR).

DECLARATION OF BRIAN A. LITMANS
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* - 1 -

4.      I am familiar with the facts and issues presented in the above captioned

case.

5.      I have read and understand the Local Rules for the United States District

Court for the District of Columbia, the United States Judicial Code, the Federal Rules of

Civil Procedure, and the Code of Professional Responsibility of the District of Columbia

Court of Appeals.  I will faithfully adhere to these rules.

6.      The facts set forth in this declaration are based on my personal knowledge

and if called as a witness, I could and would competently testify thereto under oath.  As

to matters that reflect a matter of opinion, they reflect my personal opinion and judgment

upon the matter.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct.


Executed this __15th__ day of December, 2006, in Portland, Oregon.


_____
Brian Litmans (AK 0111068)
Attorney at Law
917 SW Oak St, Suite 414
Portland, OR 97205
Telephone: (503) 927-5288
Facsimile:  (503) 296-5454
blitmans@gmail.com


DECLARATION OF BRIAN A. LITMANS
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* - 2 -