CO-386-online
10/03

# United States District Court
# For the District of Columbia

Forest Guardians, et al.
)
)
)
)
Plaintiff )    Civil Action No. 1:06-cv-02115 (GK)
vs )
)
Dirk Kempthorne, et al. )
)
)
Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Jews of the Earth_____ which have

any outstanding securities in the hands of the public: None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
Signature

IF333971
BAR IDENTIFICATION NO.

Paula Dinerstein, PEER
Print Name

2000 P St. NW, Suite 240
Address

Washington    DC    20036
City        State    Zip Code

202.265.7337
Phone Number