IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06CV02115 (GK) |
| | ) |
| DIRK KEMPTHORNE, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as counsel for the Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Floom at the address listed below.

Dated: February 21, 2007

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Email: Kristen.Floom@usdoj.gov