IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al. )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:06CV02115 (GK) |

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE ANSWER**

Defendants respectfully request an extension of time to file the answer in the captioned matter, and state in support of this motion the following:

1. On February 7, 2006, the United States Fish and Wildlife Service ("Service") issued a finding that Plaintiffs' petition to list the Gunnison's prairie dog as threatened or endangered under the Endangered Species Act ("ESA") did not present substantial scientific information indicating that listing may be warranted. 71 Fed. Reg. 6241 (Feb. 7, 2006) ("90-day finding"). On December 13, 2006, Plaintiffs filed this action challenging Defendants' 90-day finding.

2. Defendants' answer in this case is due on February 26, 2007. Defendants require an additional fourteen (14) days to prepare their response to Plaintiffs' Complaint for Declaratory and Injunctive Relief. Therefore, Defendants request an extension until March 12, 2007, to file their answer.

3. Pursuant to Local Rule 7.1(m), counsel for Defendants consulted with counsel for Plaintiffs regarding this motion. Plaintiffs' counsel has indicated that Plaintiffs will not object to

this motion.

Dated: February 21, 2007					Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al.         ) | |
| )                                  | |
| Plaintiffs,         ) | |
| )                                  | Case No. 1:06CV02115 (GK) |
| v.                  ) | |
| )                                  | |
| DIRK KEMPTHORNE, et al.          ) | |
| )                                  | |
| Defendants.         ) | |
| )                                  | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Extend Time to File Answer, and any response thereto, it is HEREBY ORDERED that the motion shall be GRANTED, and the answer shall be filed on or before March 12, 2007.


DATED: _____, 2007          _____
                                  HON. GLADYS KESSLER
                                  UNITED STATES DISTRICT JUDGE