UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEPMTHORNE, et al.<br><br>Defendants. | **Case No.:** 1:06-cv-2115 (GK) |

### UNOPPOSED MOTION TO ATTEND SCHEDULING CONFERENCE BY TELEPHONE AND INCORPOTATED MEMORANDUM OF POINTS AND AUTHORITY

Plaintiffs respectfully request that Plaintiffs' counsel, Brian Litmans, be permitted to attend the March 20, 2007 scheduling conference by telephone. Mr. Litmans will be the only attorney for Plaintiffs participating in the scheduling conference. In support of this motion, Plaintiff state the following:

By order dated February 22, 2007, the Court reset an Initial Scheduling Conference in this matter for 10:30 am on March 20, 2007. Plaintiffs counsel, Brian Litmans, is located in Portland, Oregon and represents the non-profit Plaintiff organizations and individual Plaintiffs on a *pro bono* basis. Mr. Litmans is lead counsel in this case. In order to conserve resources, Plaintiffs request the Brian Litmans be allowed to attend the March 20, 2007 Initial Scheduling Conference by telephone. Plaintiffs' other counsel, Neil Levine, Paula Dinerstein, and Richard Condit are unable to attend this Initial Scheduling

Conference due to scheduling conflicts. Plaintiffs' counsel have operated under the internally agreed upon decision that Mr. Litmans would attend the hearing, in person, if necessary.

Pursuant to LCvR 7.1(m), Plaintiffs' counsel contacted Defendants' counsel regarding this motion. Defendants' counsel stated that Defendants do not oppose this motion.

Wherefore, Plaintiffs respectfully request that Plaintiffs' counsel, Brian Litmans, be allowed to attend the March 20, 2007 Initial Scheduling Conference by telephone.

Respectfully submitted on March 12, 2007,

/s/_____
Brian Litmans
Public Interest Environmental Attorney at Law
2804 SE 17th Ave.
Portland, OR 97202
Tel: (503) 927-5288
Fax: (503) 296-5454
blitmans@gmail.com

Neil Levine
Law Office
1400 Glenarm Pl., Ste. 300
Denver, CO 80202
Tel: (303) 996-9611
Fax: (303) 623-8083
nlevine@earthjustice.org

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192

        pdinerstein@peer.org

        Richard Condit
        Public Employees for Environmental
        Responsibility
        2000 P St., NW Suite 240
        Washington, DC  20036
        Tel: (202) 265-7337
        Fax: (202) 265-4192
        rcondit@peer.org

        Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOREST GUARDIANS, et al.,

                Plaintiffs,

    v.

DIRK KEPMTHORNE, et al.

                Defendants.

**Case No.:** 1:06-cv-2115 (GK)

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Attend Scheduling Conference by Telephone and Incorporated Memorandum of Points and Authority (Motion), it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and it is hereby FURTHER ORDERED that Brian Litmans may attend the March 20, 2007 Initial Scheduling Conference by telephone.  _____ will initiate the telephone call by calling the following number: _____.

_____
Date

_____
GLADYS KESSLER
United States District Judge

[proposed] Order  - 1 -

To be served on:

Brian Litmans
Public Interest Environmental Attorney at Law
2804 SE 17th Ave.
Portland, OR 97202
Tel: (503) 927-5288
Fax: (503) 296-5454
blitmans@gmail.com

Neil Levine
Law Office
1400 Glenarm Pl., Ste. 300
Denver, CO 80202
Tel: (303) 996-9611
Fax: (303) 623-8083
nlevine@earthjustice.org

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org

Richard Condit
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192
rcondit@peer.org

KRISTEN BYRNES FLOOM, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov