UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et. al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 06-2115 (GK) <br> ) <br> ) <br> ) |

## STIPULATION

The parties agree that under LCvR 16.3(b)(1), this case is exempted from the requirements of LCvR 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. The parties have conferred in an effort to agree on a schedule for filing the Administrative Record and summary judgment memoranda in this case. Based on these discussions, the parties have agreed, subject to the approval of the Court, that:

1. The Administrative Record pertaining to the agency action under review will be filed and served no later than April 30, 2007;

2. Plaintiffs shall have 60 days to review the administrative record and confer with Defendants in an attempt to resolve any issues related to the record. If the parties are unable to resolve any issues informally, Plaintiffs will file a motion concerning the administrative record within 60 days after receipt of the record.

3. After the content of the administrative record has been resolved, the parties agree that Plaintiffs' claims should be resolved through summary judgment memoranda. However, the parties do not agree on the timing or order of such motions.

4. Plaintiffs propose the following alternative briefing schedules:

    a.    Plaintiffs and Defendants simultaneously file Cross-Motions for Summary

        Judgment and simultaneous opposition briefs.  Neither side will file reply briefs.  The Cross-Motions will be filed no later than 45 days after the content of the administrative record is resolved, and the opposition briefs no later than 45 days after the Cross-Motions; or

b.    The claims will be resolved on Plaintiffs' Motion For Summary Judgment.  Plaintiffs will file their Motion no later than 45 days after the content of the administrative record is resolved.  Defendants' Opposition brief will be due no later than 45 days after receipt of Plaintiffs' Motion.  Plaintiffs' Reply Brief will be due 30 days after receipt of Defendants' Opposition Brief.  Plaintiffs agree that should their Motion be denied, they will stipulate that judgment should be entered for Defendants on these claims.

    In support of the two formats set forth above, Plaintiffs state the following.  To the extent both parties wish to file cross-motions for summary judgment and agree on a briefing schedule, those motions should be filed simultaneously.  If the parties cannot agree on the manner of filing cross-motions, the Court should simply set a dispositive motion deadline, as is traditionally done by federal courts.  Further, because the filing of only two briefs is an efficient method to resolve Plaintiffs' claims, Plaintiffs propose that both sides waive the opportunity to file a reply brief.  Plaintiffs believe Defendants' staggered schedule as proposed is unfair, as it provides a means for Defendants to have the last filed brief without legitimate reason.  Thus, Plaintiffs would not object to a staggered schedule where Defendants file the first brief and Plaintiffs file the last brief.  Alternatively, Defendants need not file a cross-motion on Plaintiffs' claims.  If Plaintiffs lose their summary judgment motion on all claims, Plaintiffs' claims will be resolved and, as set forth above, Plaintiffs are willing to stipulate that judgment should be entered for Defendants.

5.  Defendants propose the following briefing schedule:

    a.    No later than 45 days after resolution of the content of the administrative record has been resolved, Plaintiffs will file their opening summary judgment motion

    b.    45 days later: Defendants will file their cross-motion and opposition

    c.    30 days later: Plaintiffs will file their opposition to Defendants' motion and reply in support of Plaintiffs' motion

    d.    30 days later: Defendants will file their reply in support of their motion for summary judgment

In support of this briefing schedule, Defendants state that they are entitled to move for summary judgment pursuant to Fed. R. Civ. Proc. 56(b). Defendants do not agree to waive this right, as Plaintiffs propose in their Option "b," which would require resolution of the claims on Plaintiffs' motion for summary judgment. Defendants also oppose Plaintiffs' simultaneous briefing proposal. Defendants believe that Plaintiffs' concern regarding Defendants having the last-filed brief is outweighed by the relative inefficiency of simultaneous briefing. By contrast, staggered briefing allows for gradual development of issues, and ensures that Plaintiffs and Defendants address the same issues, rather than devoting time and resources to irrelevant arguments. This benefits both the parties and the Court.

As to Plaintiffs' concerns that Defendants have the last filing, this is overstated. The final reply is limited to responding to Plaintiffs' opposition to Defendants' motion. It is not intended as a means to introduce new argument. To the extent Plaintiffs were to believe that Defendants had improperly included new arguments in their final brief, Plaintiffs' recourse would be to seek leave to file a surreply.

6. The parties respectfully request that the Court determine the briefing schedule, taking into consideration Plaintiffs' and Defendants' proposed schedules.

7. The parties respectfully request that the Court schedule a hearing on the cross-motions for summary judgment at a time which is convenient for the Court.

Respectfully submitted,

March 12, 2007                    /s/ Brian Litmans (with permission by KBF)

Brian Litmans
Attorney at Law
917 SW Oak St, Suite 414
Portland, OR 97205
Telephone: (503) 927-5288
Facsimile:  (503) 296-5454
blitmans@gmail.com

Neil Levine
Law Office
1400 Glenarm Pl., Ste. 300
Denver, CO 80202
Telephone: (303) 996-9611
Facsimile: (303) 623-8083
E-mail: nlevine@earthjustice.org

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC 20036
Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org

Richard Condit
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC 20036

|  |  |
|---|---|
|  | Tel: (202) 265-7337<br>Fax: (202) 265-4192<br>rcondit@peer.org<br><br>Attorneys for Plaintiffs<br><br><br>MATTHEW J. MCKEOWN<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Chief<br>LISA LYNNE RUSSELL, Assistant Chief<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section |
| March 12, 2007 | /s/ Kristen Byrnes Floom<br>KRISTEN BYRNES FLOOM, Trial Attorney<br>DC Bar No. 469615<br>P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0210<br>Facsimile: (202) 305-0275<br>Kristen.Floom@usdoj.gov<br><br>Attorneys for Federal Defendants |