UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FOREST GUARDIANS,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-2115 (GK) |
| | : | |
| **DIRK KEMPTHORNE,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Stipulation filed by the parties on March 12, 2007, it is hereby

**ORDERED**, that the briefing schedule will be as follows:

1.   No later than 45 days after the resolution of the content of the administrative record has been resolved, Plaintiffs will file their opening summary judgment motion;

2.   45 days later, Defendants shall file their cross-motion and opposition;

3.   30 days later, Plaintiffs will file their opposition to Defendants' motion and reply in support of Plaintiffs' motion;

4.   30 days later, Defendants will file their reply in support of their motion for summary judgment; and it is further

**ORDERED**, that the request for a hearing on the cross-motion for summary judgment is **denied without prejudice** until after the Court has had an opportunity to evaluate the briefs; and it is further

**ORDERED**, that the Initial Scheduling Conference now scheduled for Tuesday, March 20, 2007, is **cancelled**.

March 13, 2007

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**