# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FOREST GUARDIANS | ) | Civ. No. 1:06-cv-02115-GK |
|  | ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DIRK KEMPTHORNE, and | ) |  |
| DALE HALL, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Neil Levine, attorney for Plaintiffs, has changed his address to:

NEIL LEVINE
Law Offices
1515 Arapahoe, Tower 1, Suite 1600
Denver, Colorado 80202
Phone: (303)-572-5689
Fax: (303)-825-1185

Dated:  April 5, 2007                    Respectfully submitted,


                                        */s/ Neil Levine*
                                        Neil Levine
                                        Law Offices
                                        1515 Arapahoe, Tower 1, Suite 1600
                                        Denver, Colorado 80202
                                        Phone: (303)-572-5689
                                        Fax: (303)-825-1185
                                        e-mail: nlevine@earthjustice.org

                                        Brian Litmans
                                        917 S.W. Oak Street
                                        Portland, OR 97205
                                        Phone: (503) 927-5288
                                        Fax: (503) 296-5454
                                        blitmans@gmail.com

                                        Paula Dinerstein
                                        Public Employees for Environmental Responsibility
                                        2000 P St., NW Suite 240
                                        Washington, DC  20036
                                        Tel: (202) 265-7337
                                        Fax: (202) 265-4192
                                        pdinerstein@peer.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

KRISTEN BYRNES FLOOM
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Kristen.floom@usdoj.gov

/s/ *Neil Levine*