## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al. <br><br> Defendants. | **Civ No. 1:06-cv-02115-GK** |

### NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that Brian Litmans, attorney for Plaintiffs has changed his address to:

Brian Litmans
Attorney at Law
6251 West Tree Dr.
Anchorage, AK 99507
Tel: (503) 927-5288
Fax: (907) 276-7110
blitmans@gmail.com

Respectfully submitted,

Dated: April 12, 2007          /s/_____
                                               Brian Litmans
                                               Attorney at Law
                                               6251 West Tree Dr.
                                               Anchorage, AK 99507
                                               Tel: (503) 927-5288
                                               Fax: (907) 276-7110
                                               blitmans@gmail.com

                                               Neil Levine
                                               1515 Arapahoe, Tower 1, Suite 1600

**Notice of Change of Address -** 1

Denver, CO 80202
Tel: (303) 572-5689
Fax: (303) 825-1185
nlevine@earthjustice.org

Paula Dinerstein
Richard Condit
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org
rcondit@peer.org


Counsel for Plaintiffs

**Notice of Change of Address -** 2

## CERTIFICATE OF SERVICE

     I hereby certify that on April 12, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing an transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

KRISTEN BYRNES FLOOM  
Trial Attorney  
U.S. Department of Justice  
Environment and Natural Resources Division  
Wildlife and Marine Resources Section  
Benjamin Franklin Station, PO Box 7369  
Washington, D.C. 20044-7369  
Telephone: (202) 305-0210  
Facsimile: (202) 305-0275  
Kristen.Floom@usdoj.gov

                                              /s/_____  
                                              Brian Litmans