MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Email: kristen.floom@usdoj.gov

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FOREST GUARDIANS, et al.   )<br>                              )<br>        Plaintiffs,          )<br>                              )<br>        v.                    )<br>                              )<br>DIRK KEMPTHORNE, et al.       )<br>                              )<br>        Defendants.           )<br>                              )<br>_____) | Case No. 1:06CV02115 (GK) |

**DEFENDANTS' MOTION TO EXTEND TIME**
**TO FILE ADMINISTRATIVE RECORD**

Defendants Dirk Kempthorne, Secretary of the Interior, et al. ("Defendants"), by and through counsel, hereby move this Court for an extension to file the administrative record in the captioned matter. Pursuant to LcvR 7.1(m), Defendants conferred with opposing counsel before filing this motion. Opposing counsel indicates that Plaintiffs will oppose this Motion.

In support of this motion, Defendants state the following:

1. Pursuant to the parties' March 12, 2007, Stipulation regarding the administrative record and briefing schedule (Dkt. No. 21), the administrative record for the agency action challenged in the captioned case is due on April 30, 2007.

2. Pursuant to the Court's March 13, 2007, Minute Order (Dkt. No. 22), the briefing schedule is as follows:

    a. No later than 45 days after the content of the administrative record has been resolved, Plaintiffs will file their opening summary judgment motion

    b. 45 days later: Defendants will file their cross-motion and opposition

    c. 30 days later: Plaintiffs will file their opposition and reply

    d. 30 days later: Defendants will file their reply in support of their motion for summary judgment.

3. Settlement discussions between the parties are ongoing. Further, Defendants are exploring the possibility of moving for voluntary remand of the challenged rule. Therefore, in the interest of avoiding the potential waste of agency resources, Defendants respectfully request that the Court grant an extension of two weeks, until May 14, 2007, for filing the administrative record.

Dated: April 24, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275

OF COUNSEL:
Thomas R. Graf
Attorney Advisor
Office of the Regional Solicitor
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CO 82015

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOREST GUARDIANS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV02115 (GK) |
| | ) | |
| DIRK KEMPTHORNE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Extend Time to File Administrative Record, and any response thereto, it is HEREBY ORDERED that the motion shall be GRANTED, and the administrative record shall be filed on or before May 14, 2007.


DATED: _____, 2007       _____
                                HON. GLADYS KESSLER
                                UNITED STATES DISTRICT JUDGE