MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Email: kristen.floom@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOREST GUARDIANS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV02115 (GK) |
| | ) | |
| DIRK KEMPTHORNE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**FEDERAL DEFENDANTS' NOTICE OF FILING**
**<u>ADMINISTRATIVE RECORD</u>**

PLEASE TAKE NOTICE that the Federal Defendants are hereby filing with the Court the Administrative Record for the captioned matter. Attached hereto as Exhibit 1 is the Declaration of Charles P. Davis. Attached hereto as Exhibit 2 is the Index to the Administrative Record.

Dated: April 30, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

<u>/s/ Kristen Byrnes Floom</u>
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Email: kristen.floom@usdoj.gov

OF COUNSEL:
Thomas R. Graf
Attorney Advisor
Office of the Regional Solicitor
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CO 82015

Counsel for Defendants

# Forest Guardians, et al. v. Kempthorne & Hall
## 1:06-cv-2115 GK (D.D.C.)

### GUNNISON'S PRAIRIE DOG 12-MONTH FINDING
### Administrative Record

### DECLARATION OF Charles P. Davis

I, Charles P. Davis, state the following:

1. Since February 1997, I have been employed as a staff biologist in the Denver Regional Office of the United States Fish and Wildlife Service, and currently serve as the Endangered Species Litigation Coordinator.

2. The U.S. Fish and Wildlife Service, South Dakota Ecological Field Office is the custodian for the Gunnison's prairie dog administrative record, and that office provided me with copies of the documents in the record.

3. I coordinated and compiled the documents and the index that make up the Gunnison's prairie dog administrative record.

4. I hereby certify that the documents identified in the index accompanying this declaration comprise the full and complete administrative record for listing decisions for the Gunnison's prairie dog.

5. This declaration is made under provision of Section 1746 of Title 28 of the United States Civil Code. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

6. Executed on April 26, 2007, at Lakewood, Colorado

Charles P. Davis
Endangered Species Litigation Coordinator

Forest Guardians, et al. v. Kempthorne & Hall
1:06cv2115 GK; D. D.C.

**Gunnison's Prairie Dog Administrative Record**

**Tab #1: PETITION**

| DOC# | DATE | AUTHOR | ACTION | PAGE# |
|---|---|---|---|---|
| 001 | 02-23-04 | N. Rosmarino | Petition to list GPD (Forest Guardians et al.) | 000001 |
| 002 | 07-29-04 | N. Rosmarino | 60-day NOI to sue for not completing 90-day | |
| 003 | 10-14-04 | M. Stempel | Response to NOI | |
| 004 | 12-07-04 | Ukeiley & Levine | Complaint for failure to complete 90-day | 000170 |

**Tab #2: EMAIL CORRESPONDENCE**

| DOCUMENT | DATE | AUTHOR | ACTION | PAGE# |
|---|---|---|---|---|
| 005 email | 07-08-05 | M. Henry | Assign GPD 90-day to SD | 000201 |
| 006 email | 07-12-05 | J. Stuart | NM information | |
| 008 email | 07-19-05 | D. Gober | Draft letter to states and tribes | |
| 009 email | 07-20-05 | J. Antonio | Tribal contacts for Region 2 | |
| 010 email | 07-20-05 | J. Nystedt | Additional tribal contacts for Region 2 | 000220 |
| 011 email | 07-21-05 | J. Antonio | Draft GPD Cand Assess & range map | |
| 012 email | 07-25-05 | D. Redhorse | Tribal contacts for Region 6 | |
| 013 email | 07-26-05 | D. Gober | Notification & request for info | |
| 014 email | 07-26-05 | D. Gober | Notification & request for information | |
| 015 email | 07-26-05 | D. Gober | Notification & request for info | 000335 |
| 016 email | 07-27-05 | J. Nichols | Concerns re: request for info | |
| 017 email | 07-27-05 | P. Mehlhop | Hafner progress report | |
| 019 email | 08-15-05 | C. Davis | Meeting notification | |
| 020 email | 08-23-05 | D. O'Neill | WAFWA meeting summary | 000354 |
| 021 email | 08-26-05 | P. Mehlhop | Information from Hafner | |
| 022 email | 08-29-05 | B. Van Pelt | Aubrey Valley | |
| 023 email | 08-30-05 | T. Johnson | Final GPD Conserv Assess fm WAFWA | |
| 024 email | 08-31-05 | G. Skiba | Distribution/abundance data for CO | |
| 025 email | 09-01-05 | B. Van Pelt | Distribution/abundance data for AZ | 000545 |
| 026 email | 09-06-05 | J. Stuart | Abundance data for NM | |
| 027 email | 09-08-05 | J. Underwood | AZ 1961 prairie dog inventory | |
| 029 email | 09-30-05 | J. Gober | Summary outline for GPD | |
| 030 email | 10-05-05 | N. Rosmarino | Comments for 90-day finding | 00566 |
| 031 email | 10-06-05 | C. Davis | Order of dismissal based on settlement | |
| 032 email | 10-07-05 | J. Gober | Distribution/abundance data for CO | |
| 033 email | 10-07-05 | G. Skiba | Distribution/abundance data for CO | |
| 034 email | 10-11-05 | J. Nystedt | Tribal lands in Region 2 | |
| 035 email | 10-13-05 | D. O'Neill | WAWFA GPD Conserv Assess (see ref) | 001091 |
| 036 email | 10-21-05 | B. Dach | Summary outline from RO to WO | |
| 037 email | 10-24-05 | J. Gober | Summary outline from RO to WO | |

| DOCUMENT | DATE | AUTHOR | ACTION | PAGE# |
|---|---|---|---|---|
| 038 email | 10-28-05 | J. Gober | Draft #1 90-day finding to Davis & Dach | |
| 039 meeting | 11-02-05 | PD Conserv Team | Annual meeting | |
| 040 email | 11-07-05 | J. Gober | Question to C. Davis | 001151 |
| 041 email | 11-07-05 | D. O'Neill | Shortgrass prairie MOU | |
| 042 email | 11-07-05 | J. Gober | Draft #1 90-day finding to J. Lyke | |
| 043 email | 11-08-05 | C. Davis | Response to subspeciation question | |
| 044 email | 11-08-05 | J. Lyke | RO comments on Draft #1 | |
| 045 email | 11-15-05 | J. Gober | Draft #2 90-day finding to J. Lyke | 001251 |
| 046 email | 11-21-05 | J. Nystedt | Tribal interest in Region 2 | |
| 047 email | | | See Tab #4 | |
| 048 email | | | See Tab #4 | |
| 049 email | 11-23-05 | J. Gober | Briefing statement | |
| 050 email | 11-23-05 | J. Gober | Draft summary | 001360 |
| 051 email | 11-23-05 | D. O'Neill | Jan 06 draft of WAFWA Conserv Strategy | |
| 052 email | 11-28-05 | J. Lyke | R. Morgenweck's comments on Draft #3 | |
| 053 email | | | See Tab #4 | |
| 054 email | 12-05-05 | J. Lyke | Submittal of 90-day finding to WO | |
| 055 email | 12-07-05 | J. Lyke | Correspondence with WO | 001541 |
| 056 email | 12-08-05 | J. Gober | Correspondence with WO | |
| 057 email | | | See Tab #5 | |
| 058 email | 12-14-05 | S. Erickson | WAFWA lttr of support for positive 90-day | |
| 059 email | | | See Tab #5 | |
| 060 email | | | See Tab #5 | |
| 061 email | | | See Tab #5 | |
| 062 email | 12-14-05 | D. Gober | WAFWA lttr of support for positive 90-day | |
| 063 email | | | See Tab #5 | |
| 064 email | 12-21-05 | S. Larson | Draft #5 90-day finding to RO & WO | |
| 065 email | 12-29-05 | K. Johnson | WO comments on 90-day finding | 001585 |
| 066 email | | | See Tab #4 | |
| 067 email | 01-12-06 | J. Gober | Summary update | |
| 068 email | | | See Tab #4 | |
| 069 email | | | See Tab #4 | |
| 070 email | | | See Tab #4 | 001706 |
| 071 email | | | See Tab #4 | |
| 072 email | 01-12-06 | M. Murphy | NM GPD report | |
| 073 email | 01-13-06 | J. Gober | Draft #7 90-day finding to RO & Region 2 | |
| 074 email | 01-13-06 | J. Gober | WAFWA lttr of support for positive 90-day | |
| 075 email | | | See Tab #4 | 001773 |
| 076 email | | | See Tab #4 | |
| 077 email | | | See Tab #5 | |
| 078 email | | | See Tab #4 | |
| 079 email | | | See Tab #5 | |
| 080 email | 01-19-06 | B. Dach | Change finding of 90-day draft | 001814 |
| 081 email | | | See Tab #4 | |
| 082 email | | | See Tab #4 | |
| 083 email | | | See Tab #4 | |
| 084 email | | | See Tab #4 | |
| 085 email | | | See Tab #4 | 001958 |

| DOCUMENT | DATE | AUTHOR | ACTION | PAGE# |
|---|---|---|---|---|
| 086 email | 01-26-06 | J. Gober | Winstead citation | |
| 087 email | 01-26-06 | D. O'Neill | Final WAFWA GPD Conserv Assesment | |
| 088 email | 01-26-06 | J. Gober | Final WAFWA GPD Conserv Assesment | |
| 089 email | | | See Tab #4 | |
| 090 email | | | See Tab #4 | 002093 |
| 091 email | | | See Tab #4 | |
| 092 email | 02-01-06 | D. Katzenberger | Draft news release & outreach plan | |
| 093 email | | | See Tab #4 | |
| 094 email | 02-02-06 | J. Gober | Comments on draft news release & outreach | |
| 095 email | | | See Tab #4 | 002329 |

### Tab #3:  COMPLETE REFERENCES

| DESCRIPTION | PAGE# |
|---|---|
| 90-day GPD references | 002368 |
| All reference notes | |
| Andelt, W.F., and S.N. Hopper.  2000.  Managing prairie dogs.  Colorado State University Cooperative Extension, Natural Resources Series No. 6.506.  5 pp. 4 | |
| Anderson, E., S.C. Forrest, T.W. Clark, and L. Richardson.  1986.  Paleobiology, biogeography, and systematics of the black-footed ferret, *Mustela nigripes* (Audubon and Bachman), 1851.  Great Basin Naturalist Memoirs 8:11-62. 1 | |
| Antolin, M.F., L.T. Savage, D. Tripp, and J.L. Roach.  In Prep.  Taxonomy, phylogeography, and genetics of prairie dogs (Cynomys): a review.  35 pp. 4 | 002499 |
| Antolin, M.F., P. Gober, B.Luce, D.E. Biggins, W.E. Van Pelt, D.B. Seery, M. Lockhart, and M. Ball.  2002.  The influence of sylvatic plague on North American wildlife at the landscape level, with special emphasis on black-footed ferret and prairie dog conservation.  In Transactions of the 67th North American Wildlife and Natural Resources Conference, Dallas, Texas, April 3-7, 2002.  30 pp. 4✔ | |
| Bailey, V.  1932.  Mammals of New Mexico. U.S. Department of Agriculture, Bureau of Biological Survey.  North American Fauna No. 53.  Washington, D.C.  Pp. 119-131. 4 | |
| Bangert, R.K., and C.N. Slobodchikoff.  2000.  The Gunnison's prairie dog structures a high desert grassland landscape as a keystone engineer.  Journal of Arid Environments 46:357-369. 1✔ | |
| Bangert, R.K., and C.N. Slobodchikoff.  2004.  Prairie dog engineering indirectly affects beetle movement behavior.  Journal of Arid Environments 56 (2004):83-94. 1 | |
| Barnes, A.M.  1982.  Surveillance and control of bubonic plague in the United States.  Symposium of the Zoological Society, London 50:237-270. 4✔ | 002597 |
| Barnes, A.M.  1993.  A review of plague and its relevance to prairie dog populations and the black-footed ferret.  In Management of Prairie Dog Complexes for the Reintroduction of the Black-footed Ferret.  Eds. J.L. Oldemeyer, D.E. Biggins, B.J. Miller, and R. Crete.  Biological Report No. 13, U.S. Fish and Wildlife Service, Washington, D.C.  Pp. 28-37. 4✔ | |
| Bechard, M.J., and J.K. Schmutz.  1995.  Ferruginous hawk.  In the Birds of North America, No. 172.  The American Ornithologists' Union.  19 pp. 2 | |
| Bell, W.B.  1918.  Cooperative campaigns for the control of ground squirrels, prairie-dogs, and jack rabbits.  U.S. Department of Agriculture.  1917 Yearbook.  Pp. 224-233. 4 | |

| DESCRIPTION | PAGE# |
|---|---|
| Bell, W.B. 1921. Death to the rodents. U.S. Department of Agriculture. 1920 Yearbook. Pp. 421-438. 4✔ | |
| Biggins, D.E., and M.Y. Kosoy. 2001. Influences of introduced plague on North American mammals: implications from ecology of plague in Asia. Journal of Mammalogy 82(4):906-916. 2✔ | 002685 |
| Biodiversity Legal Foundation, J.C. Sharps, and Predator Project. 1998. Petition to list the black-tailed prairie dog (Cynomys ludovicianus) as threatened in the contiguous United States. 50 pp. 4✔ | |
| Bodenchuk, M.J. 1981. New Mexico prairie dog survey, prairie dog management. New Mexico Department of Agriculture, Division of Agricultural Programs and Resources. Unpublished report. 15 pp. 4✔ | |
| Buell, N.E. 1956. Prairie dogs and their control. U.S. Fish and Wildlife Service, Branch of Predator and Rodent Control. Wildlife Leaflet 357, May, 1956. 4 pp. 4 | |
| Bureau of Sport Fisheries and Wildlife. 1961. 1961 Prairie Dog Inventory. Unpublished report by Bureau of Sport Fisheries and Wildlife. Washington, D.C. 10 pp. 7✔ | |
| Capodice, J., and D. Harrell. 2003. Gunnison Field Office, Gunnison's prairie dog status survey. BLM Report. 33 pp. 3✔ | 002930 |
| Center for Disease Control. 1998. Plague Surveillance. 58 pp. 3✔ | |
| Center for Native Ecosystems. 2002. Petition for a rule to list the white-tailed prairie dog. 363 pp. 4✔ | |
| Clark, T.W., T.M. Campbell, D.G. Socha, and D.E. Casey. 1982. Prairie dog colony attributes and associated vertebrate species. Great Basin Naturalist 42(4):572-583. 1 | |
| Cockrum, E.L. 1960. The Recent Mammals of Arizona, Their Taxonomy and Distribution. University of Arizona Press. Pp. 76-77. 2 | |
| Colorado Department of Agriculture. 1990. Colorado Vertebrate Rodent Infestation Survey Fall 1990. Colorado Agricultural Statistics Service, Lakewood. 72 pp. 4✔ | 003355 |
| Colorado Division of Wildlife. 2003. Conservation plan for grassland species in Colorado. 205 pp. 5✔ | |
| Colorado Division of Wildlife. 2002. Report of acreages of active colonies for Gunnison's prairie dog (*Cynomus gunnisoni*) and white-tailed prairie dog (*Cynomys leucurus*). 4 | |
| Cook, R.R., J.E. Carton, and P.J. Polechla, Jr. 2003. The importance of prairie dogs to nesting ferruginous hawks in grassland ecosystems. Wildlife Society Bulletin 31(4):1073-1082. 1 | |
| Cully, J.F. 1986. Gunnison's prairie dog: an important autumn raptor prey species in northern New Mexico. Southwest Raptor Management Symposium and Workshop. Pp. 260-264. 3✔ | |
| Cully, J.F. 1989. Plague in prairie dog ecosystems: Importance for black-footed ferret management. In The Prairie Dog Ecosystem: Managing for Biological Diversity. Montana Bureau of Land Management Wildlife Technical Bulletin No. 2. Pp. 47-55. 4 ✔ | 003659 |
| Cully, J.F. 1991. Response of raptors to reduction of a Gunnison's prairie dog population by plague. American Midland Naturalist 125:140-149. 1✔ | |
| Cully, J.F. 1993. Plague, prairie dogs, and black-footed ferrets. In Management of Prairie Dog Complexes for the Reintroduction of the Black-footed Ferret. Eds., J.L. Oldemeyer, D.E. Biggins, B.J. Miller, and R. Crete. Biological Report 13, U.S. Fish and Wildlife Service, Washington, D.C. Pp. 38-49. 4✔ | |
| Cully, J.F. 1997. Growth and life-history changes in Gunnison's prairie dogs after a plague epizootic. Journal of Mammalogy 78(1):146-157. 1✔ | |

| DESCRIPTION | PAGE# |
|---|---|
| Cully, J.F., A.M. Barnes, T.J. Quan, and G. Maupin. 1997. Dynamics of plague in a Gunnison's prairie dog colony complex from New Mexico. Journal of Wildlife Diseases 33(4):706-719. **1** ✔ | |
| Cully, J.F., and E.S. Williams. 2001. Interspecific comparisons of sylvatic plague in prairie dogs. Journal of Mammalogy 82(4):894-905. **2** ✔ | 003705 |
| Ecke, D.H., and C.W. Johnson. 1952. Plague in Colorado and Texas. Public Health Monograph No. 6. 55 pp. **3** ✔ | |
| Eskey, C.R., and V.H. Hass. 1940. Plague in the western part of the United States. United States Public Health Bulletin 254:1-83. **4** ✔ | |
| Fagerstone, K.A., and C.A. Ramey. 1996. Rodents and lagomorphs. In Rangeland Wildlife. P.R. Krausman, ed. The Society for Range Management. Denver, Colorado. Pp. 83-132. **2** ✔ | |
| Findley, J.S., A.H. Harris, D.E. Wilson, and C. Jones. 1975. Mammals of New Mexico. University of New Mexico Press, Albuquerque. Pp. 133-134. **2** | |
| Finley, R.B. 1991. Survey of present distribution and status of *Cynomys gunnisoni gunnisoni* in Colorado. U.S. Fish and Wildlife Service Report. 9 pp. **3** ✔ | 003890 |
| Fitzgerald, J.P. 1970. The ecology of plague in prairie dogs and associated small mammals in South Park, Colorado. PhD Thesis. Colorado State University. 89 pp. **1** ✔ | |
| Fitzgerald, J.P. 1993. The ecology of plague in Gunnison's prairie dogs and suggestions for the recovery of black-footed ferrets. In Proceedings of the Symposium on the Management of Prairie Dog Complexes for the Reintroduction of the Black-footed Ferret. Edited by J.L. Oldemeyer, D.E. Biggins, and B.J. Miller. Biological Report 13:50-59. **4** ✔ | |
| Fitzgerald, J.P. and R.R. Lechleitner. 1974. Observations on the biology of Gunnison's prairie dog in central Colorado. The American Midland Naturalist 92:146-163. **1** ✔ | |
| Fitzgerald, J.P., C.A. Meaney, and D.M. Armstrong. 1994. Mammals of Colorado. Denver Museum of Natural History and University Press of Colorado. Pp. 188-191. **2** | |
| Forest Guardians et al. 2004. Petition to the U.S. Fish and Wildlife Service to list the Gunnsion's prairie dog. 166 pp. **4** ✔ | 004031 |
| Forrest, S. 2002. Draft summary of prairie dog poisoning in the western United States, 1914-1964, based on records at the U.S. National Archives, Washington, D.C. U.S. Fish and Wildlife Service. 16 pp. **4** | |
| Gage, K.L., and M.Y. Kosoy. 2005. Natural history of plague: perspectives from more than a century of research. Annual Review of Entomology 50:505-528. **2** ✔ | |
| Gilpin, M.E., and M.E. Soule. 1986. Chapter 2, Minimum Viable Populations: Processes of Species Extinction. In Conservation Biology, the Science of Scarcity and Diversity, M.E. Soule, ed. Pp. 19-34. **2** ✔ | |
| Girard, J.M., D.M. Wagner, A.J. Vogler, C. Keys, C.J. Allender, L.C. Drickamer, and P. Keim. 2004. Differential plague-transmission dynamics determine *Yersinia pestis* population genetic structure on local, regional, and global scales. In Proceedings of the National Academy of Sciences 101(22):8408-8413. **3** ✔ | |
| Goodwin, H.T. 1995. Pliocene-Pleistocene biogeographic history of prairie dogs, genus *Cynomys* (Sciuridae). Journal of Mammalogy 76(1):100-122. **2** | 004261 |
| Gorrell, J.V., M.E. Andersen, K.D. Bunnell, M.F. Canning, A.G. Clark, D.E. Dolsen, and F.P. Howe. 2005. Utah Comprehensive Wildlife Conservation Strategy, Utah Division of Wildlife Resources. 278 pp. **4** ✔ | |
| Hafner, D.J. 2004. FWS Agreement No: 1448-602822-020J *Cynomys gunnisoni* genetic analysis progress report. 6 pp. **3** | |
| Hafner, D.J., B.R. Riddle, and T. Jezkova. 2005. Phylogeography of white-tailed prairie dogs, *Cynomys gunnisoni*: implications for subspecific recognition of *C.g. gunnisoni*. 2pp. **3** | |

| DESCRIPTION | PAGE# |
|---|---|
| Hall, E.R. 1981. The Mammals of North America. Volume I, Second Edition. John Wiley and Sons, New York, New York.. Pp. 410-415. 2 | |
| Hall, E.R., and K.R. Kelson. 1959. The Mammals of North America. Volume I. John Wiley and Sons, New York, New York. Pp. 364-366. 2 | 004575 |
| Hanski, I.S., and M.E. Gilpin. 1997. Metapopulation Biology Ecology, Genetics, and Evolution. Academic Press. 512 pp. 2 ✔ | |
| Haug, E.A., B.A. Millsap, and M.S. Martell. 1993. Burrowing owl. In The Birds of North America, No. 61. The American Ornithologists' Union. 19 pp. 2 | |
| Haynie, M.L., R.A. Van Den Bussche, J.L. Hoogland, and D.A. Gilbert. 2003. Parentage, multiple paternity, and breeding success in Gunnison's and Utah prairie dogs. Journal of Mammalogy 84(4):1244-1253. 1 | |
| Hollister, N. 1916. A systematic account of the prairie dogs. U.S. Department of Agriculture, Bureau of Biological Survey. North American Fauna No. 40. Washington, D.C. 37 pp. 4 | |
| Hoogland, J.L. 1995. The black-tailed prairie dog social life of a burrowing mammal. University of Chicago Press, Chicago, Illinois. 557 pp. 2 | 004706 |
| Hoogland, J.L. 1998. Estrus and copulation of Gunnison's prairie dogs. Journal of Mammalogy 79(3):887-897. 1 | |
| Hoogland, J.L. 1999. Philopatry, dispersal, and social organization of Gunnison's prairie dogs. Journal of Mammalogy 80(1):243-251. 1 | |
| Hoogland, J.L. 2001. Black-tailed, Gunnison's, and Utah prairie dogs reproduce slowly. Journal of Mammalogy 82(4): 917-927. 1 ✔ | |
| Hubbard, J.P., and C.G. Schmitt. 1984. The black-footed ferret in New Mexico. Endangered Species Program, New Mexico Department of Game and Fish, Santa Fe, New Mexico. 118 pp. 4 ✔ | |
| Hygnstrom, S.E., and D.R. Virchow. 1994. Prairie dogs. In Prevention and Control of Wildlife Damage. University of Nebraska, Great Plains Agricultural Council and USDA-APHIS-Animal Damage Control. Pp. 85-96. 4 | 004862 |
| Kartman, L., M.I. Goldenberg, and W.T. Hubbert. 1966. Recent observations on the epidemiology of plague in the United States. Am. J. Public Health 56 (9):1554-1569. 1 ✔ | |
| Kartman, L., S.F. Quan, and R.R. Lechleitner. 1962. Die-off of a Gunnison's prairie dog colony in central Colorado II. Retrospective determination of plague infection in flea vectors, rodents, and man. Zoonoses Research 1:201-224. 1 ✔ | |
| King, J.A. 1955. Social behavior, social organization, and population dynamics in a black-tailed prairie dog town in the Black Hills of South Dakota. University of Michigan. Ann Arbor, Michigan. 123 pp. 1 | |
| Knowles, C.J. 1985. Observations on prairie dog dispersal in Montana. Prairie Naturalist 17:33-40. 1 ✔ | |
| Knowles, C.J. 1988. An evaluation of shooting and habitat alteration for control of black-tailed prairie dogs. In Eight Great Plains Wildlife Damage Control Workshop Proceedings, April 28-30, 1987, Rapid City, South Dakota. U.S. Forest Service General Technical Report RM-154. Pp. 53-56. 3 ✔ | 004991 |
| Knowles, C. 2002. Status of white-tailed and Gunnison's prairie dogs. National Wildlife Federation, Missoula, Montana, and Environmental Defense, Washington, D.C. 30 pp. 4 ✔ | |
| Knowles, C.J., and P.R. Knowles. 1994. A review of black-tailed prairie dog literature in relation to rangelands administered by the Custer National Forest. Custer National Forest, U.S. Forest Service. Unpublished report. 78 pp. 4 ✔ | |
| Koford, C.B. 1958. Prairie dogs, whitefaces, and blue grama. Wildlife Monograph No. 3. 78 pp. 1 | |

| DESCRIPTION | PAGE# |
|---|---|
| Kotliar, N.B., B.W. Baker, A.D. Wicker, and G. Plumb. 1999. A critical review of assumptions about the prairie dog as a keystone species. Environmental Management 24(2):177-192. **2** | |
| Lechleitner, R.R., L. Kartman, M.I. Goldenberg, and B.W. Hudson. 1968. An epizootic of plague in Gunnison's prairie dogs (*Cynomys gunnisoni*) in south-central Colorado. Ecology 49(4):734-743. **1** ✔ | 005235 |
| Lechleitner, R.R., J.V. Tileston, and L. Kartman. 1962. Die-off of a Gunnison's prairie dog colony in central Colorado. Zoonoses Research 1 (11):185-199. **1** ✔ | |
| Lomolino, M.V., G.A. Smith and V. Vidal. 2003. Long-term persistence of prairie dog towns: insights for designing networks of prairie reserves. Biological Conservation 115:111-120. **2** ✔ | |
| Longhurst, W. 1944. Observations on the ecology of the Gunnison prairie dog in Colorado. Journal of Mammalogy 25(1):24-36. **1** | |
| Lovaas, A.L. 1973. Prairie dogs and black-footed ferrets in the National Parks. In Proceedings of the Black-footed Ferret and Prairie Dog Workshop. September 4-6, 1973, Rapid City, South Dakota. Pp. 139-148. **4** ✔ | |
| Luce, B. 2003. A multi-state conservation plan for the black-tailed prairie dog, *Cynomys ludovicianus*, in the United States - an addendum to the Black-tailed Prairie Dog Conservation Assessment and Strategy, November 3, 1999. **5** ✔ | 005307 |
| Luce, R.J. 2005. Identification of sites occupied by Gunnison's prairie dog before 1984 and determination of current status at those sites in Catron and Socorro Counties, New Mexico. New Mexico Department of Game & Fish. 8 pp. **3** ✔ | |
| Mac, M.J., P.A. Opler, C.E. Puckett Haecker, and P.D. Doran. 1998. Status and trends of the nation's biological Resources. 2 vols. U.S. Geological Survey, Reston, Virginia. 964 pp. **2** | |
| Marchette, N.J., J.B. Bushman, D.D. Parker, and E.E. Johnson. 1962. Studies on infectious diseases in wild animals in Utah IV. A wild rodent (*Peromyscus* spp.) Plague focus in Utah. Zoonoses Research 1:341-361. **1** | |
| Marsh, R.E. 1984. Ground squirrels, prairie dogs and marmots as pests on rangeland. In Proceedings of a Conference on the Organization and Practice of Vertebrate Pest Control. August 30 - September 3, 1982, Hampshire, England. Pp. 195-208. **4** ✔ | |
| Mencher, J.S., S.R. Smith, T.D. Powell, D.T. Stinchcomb, J.E. Osorio, and T.E. Rocke. 2004. Protection of black-tailed prairie dogs (*Cynomys ludovicianus*) against plague after voluntary consumption of baits containing recombinant raccoon poxvirus vaccine. Infection and Immunity 72(9). 11 pp. **1** ✔ | 005440 |
| Menkens, G.E. and S.H. Anderson. 1985. The effects of Vibroseis on white-tailed prairie dog populations on the Laramie Plains of Wyoming. Wyoming Cooperative Fishery and Wildlife Research Unit, Laramie, WY. 22 pp. **3** ✔ | |
| Merriam, C. 1902. The prairie dog of the Great Plains. Yearbook of the United States Department of Agriculture, 1901. Washington D.C. Pp. 257-270. **4** | |
| Miller, B., D.E. Biggins, and R. Crete. 1993. Workshop summary. In Proceedings of the Symposium on the Management of Prairie Dog Complexes for the Reintroduction of the Black-footed Ferret. U.S. Fish and Wildlife Service. Biological Report 13, July 1993. Pp. 89-92. **4** ✔ | |
| Miller, B.M., G. Ceballos, and R. Reading. 1994. The prairie dog and biotic diversity. Conservation Biology 8:677-681. **2** ✔ | |
| Miller, B., R.P. Reading, and S. Forrest. 1996. Prairie Night: Black-footed Ferrets and the Recovery of Endangered Species. Forward by Mark R. Stanley Price. Smithsonian Institution Press, Washington and London. 254 pp. **2** ✔ | 005499 |

| DESCRIPTION | PAGE# |
|---|---|
| Mulhern, D.W., and C.J. Knowles. 1995. Black-tailed prairie dog status and future conservation planning. In U.S. Forest Service General Technical Report No. RM-GTR-298. August 17, 1995. Proceedings of Symposium on Conservation of Biodiversity on Native Rangeland. Pp. 19-29. 4 ✔ | |
| National Wildlife Federation. 1998. Petition to list the black-tailed prairie dog. 66 pp. 4 ✔ | |
| Navaho Natural Heritage Program. 1996. Survey and evaluation of Gunnison's prairie dog. Arizona Game and Fish Department Report, December 31, 1996. 19 pp. 4 ✔ | |
| Nelson, E.W. and D.F. Houston. 1918. Report of Chief of Bureau of Biological Survey. Annual Reports of Department of Agriculture. 19 pp. 4 | |
| Nelson, E.W. and D.F. Houston. 1919. Report of Chief of Bureau of Biological Survey. Annual Reports of Department of Agriculture. 23 pp. 4 | 005667 |
| New Mexico Black-tailed Prairie Dog Working Group. 2001. Conservation and management strategic plan for black-tailed prairie dogs in New Mexico. 43 pp. 5 ✔ | |
| New Mexico Department of Game & Fish. 2003. New Mexico Species of Concern. 67 pp. 4 ✔ | |
| Oakes, C.L. 2000. History and consequence of keystone mammal eradication in the desert grasslands: the Arizona black-tailed prairie dog (*Cynomys ludovicianus arizonensis*). Ph.D. Thesis, University of Texas, Austin, Texas. 392 pp. 2 ✔ | |
| Olsen, P.F. 1981. Sylvatic plague. In Infectious diseases of wild animals. J.W. Davis, L.H. Karstadt, and D.O. Trainer, eds. Iowa State University Press, Ames, Iowa. Pp. 232-243. 2 ✔ | |
| Pizzimenti, J.J. 1975. Evolution of the prairie dog genus *Cynomys*. Occasional Papers of the Museum of Natural History, University of Kansas. 39:1-73. 1 | 006229 |
| Pizzimenti, J.J. and R.S. Hoffmann. 1973. Cynomys gunnisoni. Mammalian Species No. 25:1-4. 2 | |
| Rayor, L.S. 1985. Dynamics of a plague outbreak in Gunnison's prairie dog. Journal of Mammalogy 66(1):194-196. 1 ✔ | |
| Rayor, L.S., A.K. Brody, and C. Gilbert. 1987. Hibernation in the Gunnison's prairie dog. Journal of Mammalogy 68(1):147-150. 1 | |
| Reeve, A.F. and T.C. Vosburgh. In press. Effects of recreational shooting on prairie dogs as black-footed ferret habitat. 29 pp. 5 ✔ | |
| Roach, J.L., P. Stapp, B. Van Horne, and M.F. Antolin. 2001. Genetic structure of a metapopulation of black-tailed prairie dogs. Journal of Mammalogy 82(4):946-959. 1 ✔ | 006309 |
| Rocke, T.E. and C.M. Bunck. 2002. Plague Research Plan. 5 ✔ | |
| Roemer, D.M. 1997. Prairie dog control in the United States: an analysis of programs and policies. M.S. Thesis. University of Montana, Missoula. 155 pp. 2 | |
| Ruffner, G.A. 1980. A survey of black-footed ferret habitat on selected National Forest lands in Arizona and New Mexico. Contract No. 43-8371-8-934. 80 pp. 3 ✔ | |
| Sager, L. 1996. A 1996 survey of black-tailed prairie dogs (*Cynomys ludovicianus*) in northeastern New Mexico. New Mexico Department of Game and Fish, Endangered Species program. Contract No.96-516.61. 44 pp. 3 ✔ | |
| Seglund, A.E. and A. Ernst. 2005. Draft Gunnison's prairie dog conservation assessment. Utah Division of Wildlife Resources, Ogden, UT. 87 pp. 5 | 006665 |
| Seglund, A.E., A. Ernst, and D.M. O'Neill. 2005. Gunnison's prairie dog conservation assessment. Western Association of Fish & Wildlife Agencies. Laramie, Wyoming. Unpublished Report. 95 pp. 5 ✔ | |
| Shalaway, S. and C.N. Slobodchikoff. 1988. Seasonal changes in the diet of gunnison's prairie dog. Journal of Mammalogy 69(4):835-841. 1 ✔ | |

| DESCRIPTION | PAGE# |
|---|---|
| Shriver, R.V. 1965. Annual report, 1965 fiscal year, New Mexico District narrative. U.S. Fish and Wildlife Service, Albuquerque, New Mexico. 21 pp. 4 ✔ | |
| Slobodchikoff, C.N., J. Kiriazis, C. Fischer, and E. Creef. 1991. Semantic information distinguishing individual predators in the alarm calls of Gunnison's prairie dogs. Animal Behavior 42:713-719. 1 | |
| Slobodchikoff, C.N., A. Robinson, and C. Schaack. 1988. Habitat use by Gunnison's prairie dogs. In Proceedings of a symposium on management of amphibians, reptiles, and small mammals in North America. R.C. Szaro, K.E. Severson, and D.R. Patton, eds. Flagstaff, AZ. Pp. 403-408. 3 ✔ | |
| Sparks, E.A. 1973. Prairie dogs and black-footed ferrets in Utah. In Proceedings of the Black-footed Ferret and Prairie Dog Workshop. September 4-6, 1973, Rapid City, South Dakota. Pp.102-104. 4 | 006965 |
| Stapp, P., M.F. Antolin, and M. Ball. 2004. Patterns of extinction in prairie dog metapopulations: plague outbreaks follow El Niño events. Frontiers in Ecology 2(5):235-240. 2 ✔ | |
| Stuart, J.E.B. and A.G. Christensen. 1973. The status of black-footed ferrets and prairie dogs in New Mexico. In Proceedings of the Black-footed Ferret and Prairie Dog Workshop. September 4-6, 1973, Rapid City, South Dakota. Pp. 47-50. 4 | |
| Torres, J.R. 1973. The future of the black-footed ferret of Colorado. In Proceedings of the Black-footed Ferret and Prairie Dog Workshop. September 4-6, 1973, Rapid City, South Dakota. Pp.27-33. 4 ✔ | |
| Travis, S.E., C.N. Slobodchikoff, and P. Keim. 1996. Social assemblages and mating relationships in prairie dogs: a DNA fingerprint analysis. Behavioral Ecology 7(1):95-100. 1 | |
| Travis, S.E., C.N. Slobodchikoff, and P. Keim. 1997. DNA fingerprinting reveals low genetic diversity in Gunnison's prairie dog (*Cynomys gunnisoni*). Journal of Mammalogy 78(3):725-732. 1 ✔ | |
| Turner, G.G. 2001. Recovery of Utah and Gunnison's prairie dog colonies following epizootics of sylvatic plague. M.S. Thesis, Frostburg State University, Frostburg, Maryland. 50 pp. 1 ✔ | 007002 |
| U.S. Fish and Wildlife Service. 1998. Fiscal Year 1997 Annual Progress Report. Rocky Mountain Arsenal National Wildlife Area Field Office, Commerce City, Colorado. Pp. 97-110. 4 ✔ | |
| U.S. Fish and Wildlife Service. 2000. 12-month administrative finding, black-tailed prairie dog. 107 pp. 2 | |
| Utah Division of Wildlife. 2005. Utah Sensitive Species List. 4 ✔ | |
| Van Pelt, W.E. 1999. The black-tailed prairie dog conservation assessment and strategy - final draft. Nongame and Endangered Wildlife Program, Arizona Game and Fish Department. Phoenix, Arizona. 55 pp. 5 ✔ | |
| Van Pelt, W.E., A. Averill-Murray, and T.K. Snow. 2001. Draft Interagency management plan for black-tailed prairie dogs in Arizona. Nongame and Endangered Wildlife Program. Arizona Game and Fish Department, Phoenix, Arizona. 42 pp. 5 ✔ | |
| Vosburgh, T.C. 1996. Impacts of recreational shooting on prairie dog colonies. M.S. Thesis. Montana State University, Bozeman, Montana. 50 pp. 1 ✔ | 007313 |
| Vosburgh, T.C., and L.R. Irby. 1998. Effects of recreational shooting on prairie dog colonies. Journal of Wildlife Management 62(1):363-372. 1 ✔ | |
| Wagner, D.M. 2002. Current status and habitat use of Gunnison's prairie dogs (*Cynomys gunnisoni*) in Arizona. PhD Dissertation. Northern Arizona University. 77 pp. 1 ✔ | |

| DESCRIPTION | PAGE# |
|---|---|
| Wagner, D.M., and L.C. Drickamer. 2002. Distribution, habitat use, and plague in Gunnison's prairie dogs in Arizona. Arizona Game and Fish Dept. Heritage Grant I20009. 50 pp. **3** ✔ | |
| Wagner, D.M., and L.C. Drickamer. 2004. Abiotic habitat correlates of Gunnison's prairie dog in Arizona. Journal of Wildlife Management 68(1): 188-197. **1** ✔ | |
| Waring, G.H. 1970. Sound communications of black-tailed, white-tailed, and Gunnison's prairie dogs. American Midland Naturalist 83(1):167-185. **1** | 007535 |
| Wilcox, B.A., and D.D. Murphy. 1985. Conservation strategy: the effects of fragmentation on extinction. The American Naturalist. Volume 125. Pp. 879-887. **2** ✔ | |
| Winstead, R.A., A.L. McIntire, T.D. Silvia, and W.E. Van Pelt. 2000. The 2000 black-footed ferret allocation proposal for Aubrey Valley, Arizona. 22 pp. **5** | |
| Witmer, G.W. 2004. Rodent ecology and plague in North America. In Proceedings of the 19th International Congress of Zoology, August 23-27, 2004, Beijing, China. Pp. 154-156. **4** ✔ | |
| Wuerthner, G. 1997. Viewpoint: the black-tailed prairie dog-headed for extinction? Journal of Range Management 50:459-466. **2** ✔ | |
| www.aphis.usda.gov/ws/ **5** ✔ | 007606 |
| www.redlist.org **5** ✔ | |
| www.natureserve.org **5** | |
| Barrera, B. 2005. US Forest Service - NM G&F **email. In litt. 5** | |
| Biodiversity Conservation Alliance et al. 2004. December 7, 2004. Amended complaint for failure to complete 90-day findings. 31 pp. **5** | |
| Forest Guardians et al. 2004. July 29, 2004 Notice of Intent to Sue regarding failure to complete a 90-day finding for Gunnison's prairie dog. 2 pp. **5** | 004197 |
| Gober, P. 1998. FWS letter to U.S. Forest Service dated July 15, 1998. **In litt. 5** ✔ | |
| Lockhart, J.M. 1999. FWS letter to Black-footed Ferret Recovery Implementation Team dated November 15, 1999. 21 pp. **In litt. 5** | |
| McMaster, K. FWS letter to Bureau of Land Management dated July 15, 1999. **In litt. 5** ✔ | |
| O'Neill, D. 2005. Prairie Dog Conservation Team meeting notes. **email. In litt. 5** | |
| Rosmarino, N. 2005. Email from petitioner to USFWS dated October 5, 2005. **In litt. 5** | |
| Shroufe, D. 2005. AZ Game & Fish. **In litt. 5** | 006891 |
| Skiba, G. 2005. Colorado Division of Wildlife estimate of Gunnison's prairie dog occupied habitat. 56 pp. **email. In litt. 3** ✔ | |
| Barrera, B. 2005. U.S. Forest Service - NM G&F **email. In litt. 5** | |
| Biodiversity Conservation Alliance et al. 2004. December 7, 2004. Amended complaint for failure to complete 90-day findings. 31 pp. **5** | |
| Forest Guardians et al. 2004. July 29, 2004 Notice of Intent to Sue regarding failure to complete a 90-day finding for Gunnison's prairie dog. 2 pp. **5** | 004197 |
| Gober, P. 1998. FWS letter to U.S. Forest Service dated July 15, 1998. **In litt. 5** ✔ | |
| Lockhart, J.M. 1999. FWS letter to Black-footed Ferret Recovery Implementation Team dated November 15, 1999. 21 pp. **In litt. 5** | |
| McMaster, K. FWS letter to Bureau of Land Management dated July 15, 1999. **In litt. 5** ✔ | |
| O'Neill, D. 2005. Prairie Dog Conservation Team meeting notes. **email. In litt. 5** | 006211 |
| Rosmarino, N. 2005. Email from petitioner to USFWS dated October 5, 2005. **In litt. 5** | |
| Shroufe, D. 2005. AZ Game & Fish. **In litt. 5** | |
| Skiba, G. 2005. Colorado Division of Wildlife estimate of Gunnison's prairie dog occupied habitat. 56 pp. **email. In litt. 3** ✔ | |
| Stemple, M. 2004. FWS Response to petition October 14,2004. **In litt. 5** ✔ | |

| DESCRIPTION | PAGE# |
|---|---|
| Utah Division of Wildlife Resources. 2005. Utah 2005 Prairie Dog Summary Report. Prairie Dog Conservation Team Meeting. November 2, 2005. **In litt. 5** | |
| Van Pelt, B. 2005. AZ Game & Fish - USFWS **email. In litt. 5** ✔ | |
| Van Pelt, B. 2005. Status report from AZ Game & Fish at Prairie Dog Conservation Team Meeting, November 2, 2005. **Pers. Comm. 5** | |
| Winstead, R.A., K.A. Hoss, T.A. Volz, and W.E. Van Pelt. 2002. Black-footed ferret allocation proposal for Aubrey Valley, Arizona. Arizona Game and Fish Department. March 14, 2002. 20 pp. **In. litt. 5** ✔ | 007573 |
| www.aphis.usda.gov/ws/. 2005. APHIS Sales records for zinc phosphide for 2002 and 2003. | |

**1** Peer reviewed original research based on data  ✔ cited in summary outline for 90-day
**2** Peer reviewed secondary research derived
**3** Grey research based on data
**4** Grey research based on literature analysis
**5** Other (newspaper articles, anecdotal)

### Tab #4:  ALL DRAFT DOCUMENTS

| DOCUMENT | DATE | AUTHOR | ACTION | PAGE# |
|---|---|---|---|---|
| 047 email | 11/21/05 | J. Lyke | RO comments on draft #2 | 001295 |
| 048 email | 11-22-05 | J. Gober | Draft #3 90-day finding to J. Lyke | 001313 |
| 053 email | 11-30-05 | J. Gober | Draft #4 90-day finding to J. Lyke | 001434 |
| 066 email | 01-03-06 | J. Gober | Draft #6 90-day finding to RO | 001623 |
| 068 email | 01-12-06 | S. Jacobsen | Region 2 comments on draft 90-day | 001664 |
| 069 email | 01-12-06 | J. Gober | Clean copy of Draft #6 to UT | 001668 |
| 070 email | 01-12-06 | J. Nystedt | Region 2 comments on draft 90-day | 001706 |
| 071 email | 01-12-06 | S. Jacobsen | AZ GF&P comments on draft 90-day | 001708 |
| 075 email | 01-13-06 | J. Nystedt | Region 2 comments on draft 90-day | 001773 |
| 076 email | 01-13-06 | S. Jacobsen | Region 2 comments on draft 90-day | 001774 |
| 078 email | 01-13-06 | K. Johnson | Draft #7 90-day finding to DOI | 001776 |
| 081 email | 01-23-06 | K. Johnson | Draft #8 90-day finding | 001853 |
| 082 email | 01-23-06 | D. Gober | Revisions to draft 90-day finding | 001946 |
| 083 email | 01-25-06 | J. Gober | Typos in draft 90-day finding | 001948 |
| 084 email | 01-25-06 | J. Gober | Response to DOI comments on draft 90-day | 001949 |
| 085 email | 01-26-06 | J. Gober | Response to DOI comments on draft 90-day | 001958 |
| 089 email | 01-26-06 | K. Johnson | Draft #9 90-day finding | 002056 |
| 090 email | 01-27-06 | R. Barba | WO & DOI drafts of 90-day finding | 002093 |
| 091 email | 01-30-06 | K. Johnson | Final Draft #10 90-day finding | 002273 |
| 093 email | 02-02-06 | D. Katzenberger | Region 2 review of changed finding | 002318 |
| 095 email | 02-02-06 | K. Johnson | GPD final 90-day finding for FR publication | 002329 |

**Tab #5: WITHHELD DOCUMENTS**

| REASON | DATE | AUTHOR | DESCRIPTION |
|---|---|---|---|
| Attorney-client | 12-13-05 | J. Lyke | #057 email Comment from RO SOL |
| Attorney-client | 12-14-05 | J. Gober | #059 email Comments from RO SOL |
| Attorney-client | 12-14-05 | J. Gober | #060 email FO response to RO SOL comments |
| Attorney-client | 12-14-05 | D. Gober | #061 email FO response to RO SOL comments |
| Attorney-client | 12-16-05 | J. Lyke | #063 email WO response to RO SOL comments |
| Attorney-client | 01-13-06 | P. Gober | #077 email Outreach, SOL conference |
| Attorney-client | 01-18-06 | C. Davis | #079 email SOL conference |

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Email: kristen.floom@usdoj.gov

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FOREST GUARDIANS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV02115 (GK) |
| | ) | |
| DIRK KEMPTHORNE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Federal Defendants' Administrative Record was served on this 30th day of April, 2007, via Federal Express delivery to:

Brian Litmans
Attorney at Law
6251 West Tree Dr.
Anchorage, AK 99507
(503) 927-5288

/s/ Kristen Byrnes Floom