UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, and ) <br> DALE HALL, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civ. No. 1:06-cv-02115-GK |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Neil Levine, attorney for Plaintiffs, has changed his address to:

> NEIL LEVINE
> Law Offices
> 2539 Eliot Street
> Denver, Colorado 80211
> Phone: (303)-455-0604
> Fax: (303)-484-8470
> nlevine@grandcanyontrust.org

1

Dated:  June 29, 2007                              Respectfully submitted,


*/s/ Neil Levine*
Neil Levine
Law Offices
2539 Eliot Street
Denver, Colorado 80211
Phone: (303)-455-0604
Fax: (303)-484-8470
nlevine@grandcanyontrust.org

Brian Litmans
2228 Alder Dr.
Anchorage, AK 99508
Phone: (503) 927-5288
Fax: (970)-276-7110
blitmans@gmail.com

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC  20036
Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org

CERTIFICATE OF SERVICE

     I hereby certify that on June 29, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

KRISTEN BYRNES FLOOM
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Kristen.floom@usdoj.gov

                                                                                  /s/ *Neil Levine*