# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FOREST GUARDIANS,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 06-2115 (GK) |
| | : | |
| **DIRK KEMPTHORNE,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

The terms and conditions of the Parties' Stipulated Settlement Agreement are hereby adopted as an **ORDER** of this Court.


July 2, 2007                     /s/
                                 Gladys Kessler
                                 United States District Judge


**Copies via ECF to all counsel of record**