UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FOREST GUARDIANS, et. al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, et. al, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civ. No. 1:06-cv-02115-GK |

**STIPULATION ESTABLISHING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEY FEES AND RESOLVING PLAINTIFFS' COSTS**

This Stipulation is made between Plaintiffs Forest Guardians, Public Employees For Environmental Responsibility, Center For Native Ecosystems, Wildlands Conservation Alliance, Jews Of The Earth, Con Slobodchikoff, David Lightfoot, Ana Davidson, and Bob Luce (collectively "Plaintiffs") and Defendants Dirk Kempthorne, Secretary of the Interior, and Dale Hall, Director of the U.S. Fish and Wildlife Service ("FWS"). In accordance with paragraph 5 of the court-approved June 29, 2007 Stipulated Settlement Agreement, the parties agree and stipulated to the following briefing schedule:

1. Plaintiffs' Motion for Attorney Fees and supporting memorandum and exhibits are due no later than August 17, 2007;

2. Defendants' opposition brief is due no later than September 17, 2007;

3. Plaintiffs' reply brief is due no later than October 9, 2007.

Further, to avoid litigating Plaintiffs' reasonable costs, Defendants agree to pay Plaintiffs $365.36 for their out-of-pocket expenses incurred in this case.

Respectfully submitted,

Dated: July 19, 2007

*/s/ Neil Levine*
Neil Levine
2539 Eliot Street
Denver, Colorado 80211
Phone: (303)-455-0604
Fax: (303)-484-8470
nlevine@grandcanyontrust.org

Brian Litmans
2228 Alder Dr.
Anchorage, AK 99508
Phone: (503) 927-5288
Fax: (970) 276-7110
blitmans@gmail.com

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC 20036
Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org

*Attorneys for Plaintiffs*


*/s/ Kristen Byrnes Floom, with permission*
Kristen Byrnes Floom (D.C. Bar # 469615)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
P.O. Box 7369, Ben Franklin Station
Washington, D.C. 20044-7369
Ph: (202) 305-0340/ Fax: (202) 305-0275
kristen.floom@usdoj.gov

*Attorneys for Defendants*


IT IS SO ORDERED:

Dated: _____

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

     I hereby certify that on July 19, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

KRISTEN BYRNES FLOOM
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Kristen.floom@usdoj.gov

                        */s/ Neil Levine*