UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FOREST GUARDIANS, et. al, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 1:06-cv-02115-GK |
| Plaintiffs, | | |
| v. | | |
| DIRK KEMPTHORNE, et. al, | | |
| Defendants. | | |

### SECOND STIPULATED SETTLEMENT AGREEMENT

This Second Stipulated Settlement Agreement is made between Plaintiffs Forest Guardians, Public Employees For Environmental Responsibility, Center For Native Ecosystems, Wildlands Conservation Alliance, Jews Of The Earth, Con Slobodchikoff, David Lightfoot, Ana Davidson, and Bob Luce (collectively "Plaintiffs") and Defendants Dirk Kempthorne, Secretary of the Interior, and Dale Hall, Director of the U.S. Fish and Wildlife Service ("FWS").

WHEREAS, on July 29, 2007, the parties filed a Stipulated Settlement Agreement, Doc. No. 28, which was approved by the Court on July 2, 2007. Doc. No. 29.

WHEREAS, the Stipulated Settlement Agreement provided that FWS shall undertake a review of the status of the Gunnison's prairie dog and, no later than February 1, 2008, deliver to the Office of the Federal Register for publication a determination whether listing the prairie dog under the Endangered Species Act ("ESA") is warranted. Doc. No. 28 at ¶ 1.

WHEREAS, the Stipulated Settlement Agreement further provided that:

Defendants agree that Plaintiffs are entitled to recover their reasonable attorney

1

  fees and costs in this action.  Despite good faith efforts, however, the Parties have
  been unable to resolve the amount of reasonable fees and costs.  Upon the
  approval of this Settlement Agreement, the Parties will submit for the Court's
  approval a proposed briefing schedule to resolve Plaintiffs' fee claim.

Id. at ¶ 5.

  WHEREAS, on July 19, 2007, the parties filed a proposed briefing schedule for Plaintiffs' motion for attorneys' fees and costs, Doc. No. 30, which was approved by the Court on July 23, 2007.  July 23, 2007 Minute Order.  Plaintiffs' motion for attorneys' fees and costs is presently due no later than August 17, 2007.  Defendants' opposition is due no later than September 17, 2007, and Plaintiffs' reply is due no later than October 9, 2007.  See id.

  WHEREAS, after engaging in further settlement discussions, the parties have reached agreement as to the amount of reasonable fees and costs.

  ACCORDINGLY, THE PARTIES AGREE AND STIPULATE AND IT IS HEREBY ORDERED AS FOLLOWS:

  1. Defendants agree to pay $21,000 to settle Plaintiffs' claim for fees and costs.  A check shall be made payable in this amount to Brian Litmans, and mailed to Brian Litmans, Public Interest Environmental Attorney at Law, 6251 West Tree Drive, Anchorage, AK 99507.  Defendants agree to submit all necessary paperwork to the Department of Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this Second Stipulated Settlement Agreement.

  2. Plaintiffs agree to accept payment in full satisfaction of any and all claims for litigation fees and costs to which Plaintiffs are entitled in this case, through and including the date of this Second Stipulated Settlement Agreement, and agree that receipt of payment from Defendants shall operate as a release of their claim.  The parties agree that Plaintiffs reserve the right to seek additional attorney fees and costs incurred subsequent to this Second Stipulation,

including to enforce or defend against efforts to modify this Second Stipulated Settlement Agreement.

3. By this Agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation or continuation of the present action. Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

4. Upon entry of the Court's order approving this Second Stipulated Settlement Agreement, the briefing schedule for Plaintiffs' motion for attorneys' fees and costs, set forth in the Court's July 23, 2007 Minute Order, will be vacated.

5. Each of the parties' undersigned representatives certifies that they are fully authorized to enter into and execute the terms and conditions of this Second Stipulated Settlement Agreement, and do hereby agree to the terms herein.

Respectfully submitted,

Dated: July 30, 2007  /s/ Neil Levine (by KBF with permission)
Neil Levine
2539 Eliot Street
Denver, Colorado 80211
Phone: (303) 455-0604
Fax: (303) 484-8470
nlevine@grandcanyontrust.org

Brian Litmans
6251 West Tree Drive
Anchorage, AK 99507
Phone: (503) 927-5288
Fax: (907) 276-7110
blitmans@gmail.com

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., NW Suite 240
Washington, DC 20036

Tel: (202) 265-7337
Fax: (202) 265-4192
pdinerstein@peer.org

*Attorneys for Plaintiffs*


Ronald J. Tenpas
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Jean E. Williams, Chief
Lisa Lynne Russell, Assistant Chief

/s/ Kristen Byrnes Floom
Kristen Byrnes Floom, Trial Attorney
(D.C. Bar # 469615)
Wildlife and Marine Resources Section
Environment and Natural Resources Division
P.O. Box 7369, Ben Franklin Station
Washington, D.C. 20044-7369
Ph: (202) 305-0229/ Fax: (202) 305-0275
kristen.floom@usdoj.gov

*Attorneys for Defendants*


IT IS SO ORDERED:

Dated: _____              _____
                                    HON. GLADYS KESSLER
                                    UNITED STATES DISTRICT JUDGE